CARRIE SUTTER, as Administratrix of the Estate of GEORGE F. SUTTER, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Sutter* v. *N. Y. C. & H. R. R. R. Co.,* 88 N. Y. 620, affirmed.
(Argued November 29, 1904; decided December 13, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 2, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Leroy B. Williams* for appellant.

*James E. Newell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, MARTIN and VANN, JJ. Dissenting: CULLEN, Ch. J., and HAIGHT, J. Not sitting: GRAY, J.